# MANDATE

D. Conn. (New Haven)
05-cv-1398
Hall, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of June, Two Thousand Seven,

Present:

    Hon. Ralph K. Winter,
    Hon. Barrington D. Parker,
        *Circuit Judges,*
    Hon. Louis F. Oberdorfer,*
        *District Judge..*



Kimberly Bailey,

    Petitioner-Appellant,

    v.                                              06-2714-pr

William Willingham, *et al.*,

    Respondents-Appellees.

Appellant, *pro se*, moves for leave to proceed *in forma pauperis* and for appointment of counsel. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it lacks an arguable basis in fact or law. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
    DEPUTY CLERK

JUN 12 2007

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: Lucille Carr

*The Honorable Louis F. Oberdorfer, Senior Judge, for the United States Court for the District of Columbia, sitting by designation.

SAO-MZK

Issued as Mandate:  AUG 2 3 2007